612

William T. Woodley, appellant, v. Frank J. Lodge, appellee. Gen. No. 33,843.

Opinion filed March 11, 1930.
Wolfsohn & Fireman, for appellant. Townley, Wild, Campbell & Clark, for appellee; Frederick D. Carroll, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Paulina Norkevich, administratrix of the estate of Mike Norkevich, deceased, appellee, v. Atchison, Topeka & Santa Fe Railway Company, appellant. Gen. No. 33,848.

Opinion filed March 11, 1930.
Emmet Trainor, Albert T. Belshe and Thomas F. King, for appellant; E. E. McInnis, of counsel. Charles E. Carpenter, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Marcella Buoscio, appellee, v. Henry Buoscio, appellant. Gen. No. 33,870.

Opinion filed March 11, 1930.
Thompson, Tyrrell & Chambers and Swalwell & Buoscio, for appellant. Chittick, Blankenship & Baltz, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Frances Kuznicki, appellee, v. John Nefeld, appellant. Gen. No. 33,927.

Opinion filed March 11, 1930.
Yale & Yale, for appellant. No appearance for appellee.
Mr. Justice Scanlan delivered the opinion of the court.